# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   17−36405−KLP
**Chapter**   13
**Judge**   Keith L. Phillips

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gilvia Vonzella Wilson
aka Gilvia V Stith
436 Hoke Drive
Petersburg, VA 23805

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−9997

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on March 7, 2019 in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 1/9/2019, Remote electronic access to the transcript is restricted until 06/4/2019. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, Telephone number 973−406−2250.] [Transcript Purchased by Jacob Early.] (RE: related document(s) [75] Hearing Cancelled; Consent Order to be submitted per Ryan Bailey from Orlans PC; (Re: related document(s)65 Motion for Relief from Stay filed by U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust)). Notice of Intent to Request Redaction Deadline Due By 03/13/2019. Redaction Request Due By 03/27/2019. Redacted Transcript Submission Due By 04/8/2019. Transcript access will be restricted through 06/4/2019. (Gottlieb, Jason)

   The parties have [until March 14, 2019] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [ March 28, 2019] [21 days from the date of filing of the transcript].

   If a request for redaction is filed, the redacted transcript is due [ April 8, 2019] [31 days from the date of filing of the transcript].

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [ June 5, 2019] [90 calendar days from the date of filing of the transcript] unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:  March 7, 2019

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                 Case No. 17-36405-KLP
Gilvia Vonzella Wilson                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: smithla            Page 1 of 1              Date Rcvd: Mar 07, 2019
                              Form ID: redacttr        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.
db             +Gilvia Vonzella Wilson,    436 Hoke Drive,    Petersburg, VA 23805-2651

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:
     Andrea Lynn Betts    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust abetts@rascrane.com
     Eamonn Bates Foster    on behalf of Debtor Gilvia Vonzella Wilson efoster@lawfirmvirginia.com
     Elizabeth Cabell Brogan    on behalf of Trustee Suzanne E. Wade e.brogan@ch13ricva.com
     Francis Laryea    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust flaryea@rascrane.com
     Heather D. McGivern    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ecfaccount@orlans.com, ANHSOrlans@InfoEx.com
     Jacob Wetmore Early    on behalf of Debtor Gilvia Vonzella Wilson jearly@lawfirmvirginia.com
     Judy A. Robbins    USTPRegion04.RH.ECF@usdoj.gov
     Meridyth Wasserman    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust bkyecf@rasflaw.com, mwasserman@rasflaw.com
     Robert B. Hill    on behalf of Creditor    Historic Petersburg Foundation, Inc. bankruptcy@hillrainey.com, kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;kmedlin@hillrainey.com
     Robert L. Flax    on behalf of Creditor    Stan Cutler Trust Agreement rflaxlaw@hotmail.com, cristina@flaxlegal.com;mharrisflaxlegal@aol.com;flaxlegal@gmail.com
     Sameera Navidi    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust snavidi@orlans.com, ecfaccount@orlans.com;ANHSOrlans@InfoEx.com
     Suzanne E. Wade    ecfsummary@ch13ricva.com, trustee@ch13ricva.com;fred@cmc13.net
                                                      TOTAL: 12