IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *In re:* | &#124; | |
| GILVIA VONZELLA WILSON, | &#124; | Chapter 13 |
| | &#124; | Case No: 17-36405-KLP |
| Debtor. | &#124; | |

**DEBTOR'S SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL**

Debtor Gilvia Wilson ("Debtor"), by Counsel, submits this Supplemental Designation of Record on Appeal pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, supplementing her Designation of Record on Appeal, previously filed February 22, 2019.

Debtor hereby designates the following items for inclusion in the record on appeal (including any exhibit, annex, or addendum thereto):

| **Description** | **Filing Date** | **Document No.** |
|---|---|---|
| Transcript from 01/09/2018 | 03/06/2019 | 88 |

Dated: March 11, 2019                Respectfully Submitted,

*/s/ Jacob W. Early*

Jacob W. Early
VSB No. 88623
Woehrle Dahlberg Jones Yao PLLC
1900 East Parham Road
Richmond, Virginia  23228
(804) 261-2694 telephone
(804) 553-0784 facsimile
jearly@lawfirmvirginia.com
*Counsel for Debtor,*
*Gilvia Vonzella Wilson*